# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140101

JAKESHA DAVIS,

      Plaintiff,

v

                                    SC: 140101
                                    AGC: 2717/08; 1740/09

ATTORNEY GRIEVANCE COMMISSION,

      Defendant.
_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of December 1, 2009, the Clerk of the Court is hereby directed to close this file.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2010

_____
Clerk

jam